BEFORE THE THIRD DIVISION, APRIL 17, 1963

**No. 67609.**—Better Houseware Company, Inc. v. United States, protest 62/12311 (New York).

Opinion by RICHARDSON, J.  The protest was dismissed.